THE TROY AND BOSTON RAILROAD COMPANY, Appellant, *v.* THE BOSTON, HOOSAC TUNNEL AND WESTERN RAILWAY COMPANY, Respondent.

(Argued December 19, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 25, 1884, which affirmed a judgment in favor of the defendant entered upon the report of a referee.

*Edgar L. Fursman* for appellant.

*Edward W. Paige* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

––––––––––––

ISAAC H. CARY et al., Respondents, *v.* DUPLEX SAFETY BOILER COMPANY, Appellant.

(Argued December 20, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1885, which affirmed a judgment in favor of plaintiffs entered upon a verdict.

*Edward C. Graves* for appellant.

*Alexander H. Van Cott* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.